IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ZACHARY LATIMORE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2457-L** |
| | § | |
| **CREDIT COLLECTION SERVICES;** | § | |
| and **FRONTIER COMMUNICATIONS,** | § | |
| | § | |
| Defendants. | § | |

## **MEDIATION ORDER**

After reviewing the Joint Status Report filed in this case, the court **determines** that this case is appropriate for mediation. The parties are therefore **directed** to participate in mediation by **September 5, 2025.**

All parties shall appear **in person,** unless otherwise allowed in this order, before a mediator of the parties' mutual choosing and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. Further, in light of the COVID-19 Pandemic, to facilitate mediation, the court **allows** the parties to conduct mediation by video teleconference or video conference as long as someone with settlement authority for each party attends the mediation. Other than for COVID-19, the court will only excuse the in-person requirement if a motion is filed and good cause exists for the parties not appearing in person. The mediator shall submit a report to the court within three business days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the

form in a timely fashion.  The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

    **It is so ordered** this 6th day of December, 2024.

                                        Sam A. Lindsay
                                        United States District Judge